

| | | | |
|---|---|---|---|
| **NESENOFF &** | Ira S. Nesenoff | Barbara H. Trapasso | Philip A. Byler |
| **MILTENBERG** LLP | Andrew T. Miltenberg | Ariya M. Waxman | *Senior Litigation Counsel* |
| | | Tara J. Davis | Megan S. Goddard |
| ATTORNEYS AT LAW | Stuart Bernstein | Diana R. Warshow | *Counsel* |
| | | Gabrielle M. Vinci | Rebecca C. Nunberg |
| nmllplaw.com | | Kara L. Gorycki | *Counsel* |
| | | Cindy A. Singh | Jeffrey S. Berkowitz |
| | | Nicholas E. Lewis | *Counsel* |
| | | Adrienne D. Levy | Marybeth Sydor |
| | | | *Title IX Consultant* |

June 18, 2019

**VIA ECF, FASCIMILE & EMAIL**
**(914)-390-4278**
chambersnysdseibel@nysd.uscourts.gov
The Honorable Cathy Seibel
Federal Building & United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

RE: Real Goods Solar Inc., f/k/a Mercury Solar Systems Inc. v. Beneficial Holdings, Inc., BFHJ Energy Solutions, LLC and Corey Wolff
Docket No.    :    7:17-cv-09754-CS
Our File       :    23004

Dear Judge Seibel:

My firm is co-counsel with the firm Summers, McDonnell, Hudock, Guthrie & Rauch, P.C. and we represent the Defendant Corey Wolff in the above-referenced matter.

Pursuant to Your Honor's Individual Practices, we respectfully request leave to file a Motion for Summary Judgment against the Plaintiffs. Defendant Wolff requests that a pre-motion conference to address the proposed motion, and suggests that such a conference be held simultaneously with the Case Management Conference scheduled for July 2, 2019.

By way of background, the Plaintiffs filed suit against the Defendants in an effort to try and collect a state court judgment entered against non-party Energy Systems & Installations, Inc., (ESI). Specifically, the Plaintiffs allege in their First Amended Complaint that Defendant Wolff sold ESI to Defendants Beneficial Holdings Inc., and BFHJ Energy Solutions, LLC ("Beneficial Defendants") in an effort to avoid liability for this judgment. The Plaintiff alleges this sale was a "defacto" merger and the Beneficial Defendants are liable for the judgment.

Additionally, the Plaintiff alleges that Defendant Wolff is an alter ego of ESI and that Defendant Wolff has engaged in acts "amounting to an abuse of corporate form" to avoid liability for judgment.

Defendant Wolff will argue in his Motion that the Asset Purchase Agreement between ESI and the Beneficial Defendants, was signed on April 30, 2015, approximately two years before the judgment was entered against ESI. The Asset Purchase Agreement specifically excludes ESI liabilities and shares of stock from the purchase. Accordingly, there can be no

<303e>
<304e>
<305e>
<306e>
<307e>



dispute that ESI was not sold by Defendant Wolff to Defendants Beneficial to avoid the state court judgment. (A true and correct copy of the Asset Purchase Agreement is attached hereto as Exhibit "A").

Defendant Wolff will also argue that the Plaintiffs' First Amended Complaint only includes impermissible broad allegations of wrongdoing as to Defendant Wolff. New York case law specifically states that conclusory allegations that the individual defendant dominated the corporation for his or her own personal benefit, without additional facts or detailed allegations of fraud or corporate misconduct, are insufficient to pierce the corporate veil. <u>Andejo Corp. v. S. St. Seaport Ltd. P'ship</u>, 2007 NY Slip Op 4231, 40 A.D.3d 407, 836 N.Y.S.2d 571 (1st Dept. 2007) This is precisely how the Plaintiff's First Amended Complaint has been pled and, herefore, it fails.

Defendant Wolff has produced more than 10,000 pages of financial documents pertaining to ESI and his own personal finances. Discovery is now closed and the Plaintiffs cannot point to any evidence of wrongdoing. No material dispute exists and Mr. Wolff should be entitled to judgment in their favor as a matter of law.

We greatly appreciate Your Honor's time and consideration of this request. Please advise if the Court needs any further information.

Respectfully Submitted,

**NESENOFF & MILTENBERG, LLP**

By: */s/ Stuart Bernstein, Esq.*
363 Seventh Avenue, Fifth Floor
New York, New York, 10001
(212)736-4500

**SUMMERS, McDONNELL, HUDOCK, GUTHRIE & RAUCH, P.C.**

By: */s/ Kevin D. Rauch, Esq.*
Kevin D. Rauch, Esquire
PA Bar Id. 83058
945 East Park Drive, Suite 201
Harrisburg, PA 17111
Telephone: (717) 901-5916
Fax: (717) 920-9129
(Pro Hac Vice Admission Pending)

*Attorneys for Defendant, Corey Wolff*

cc:   Lynn Judell via E-Mail and ECF