**EXHIBIT A**

| | |
|---|---|
| **From:** | Carrie McConnell |
| **To:** | "Lynn Judell" |
| **Subject:** | RE: RGS v. Wolff |
| **Date:** | Tuesday, January 29, 2019 11:54:00 AM |

Hey Lynn,

No objection to the extension.

Did you get the dropbox link? The zipdrive itself is not password protected. Thanks.

Carrie J. McConnell, Esq.
Summers, McDonnell, Hudock, Guthrie & Rauch, P.C.
945 East Park Drive
Harrisburg, PA 17111
(717) 901-5916

**From:** Lynn Judell [mailto:ljudell@ssrga.com]
**Sent:** Tuesday, January 29, 2019 10:23 AM
**To:** Carrie McConnell
**Subject:** RGS v. Wolff

Hi Carrie,

Can you re-send the p/w for the zip drive? (I know you sent it but for some reason I can't find it.)

Also, as the deadline for completion of depositions is Feb. 15th, I planning to write to the court and request an extension: (i) until March 30th to complete depos; and (ii) until June 15th to complete fact discovery.

Do you have any objection?

Thanks,

Lynn

SCHWARTZ
SLADKUS
REICH
GREENBERG
ATLAS LLP

**Lynn E. Judell**
ljudell@ssrga.com
Direct: 212-743-7110

270 Madison Avenue, New York, NY 10016
Phone: 212-743-7000 | Fax: 212-743-7001
www.ssrga.com

Westchester Office:
445 Hamilton Avenue, Suite 1500
White Plains, NY 10601
Phone: 914-946-1888

| | |
|---|---|
| **From:** | Carrie McConnell |
| **To:** | ljudell@ssrga.com |
| **Subject:** | Corey Wolff |
| **Date:** | Monday, January 21, 2019 9:49:00 AM |
| **Attachments:** | Wolff SDNY Ans to Roggs - CJM.docx |
| | Wolff SDNY Resp to ROPDs - CJM.docx |

Hi Lynn

Attached are the formalized discovery responses. Drop box link to follow. Thanks.

Carrie J. McConnell, Esq.
Summers, McDonnell, Hudock, Guthrie & Rauch, P.C.
945 East Park Drive
Harrisburg, PA 17111
(717) 901-5916