UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

REAL GOODS SOLAR, f/k/a MERCURY SOLAR SYSTEMS, INC.,

      *Plaintiff,*

-against-

BENEFICIAL HOLDINGS INC., BFHJ ENERGY SOLUTIONS, LLC, and COREY WOLFF,

      *Defendants.*

Case No. 7:16-cv-09754 (CS)

**STIPULATION OF DISMISSAL WITH PREJUDICE PURUSANT TO F.R.C.P. 41(a)(1)(A)(ii)**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed with prejudice against Defendant Wolff pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
   August 23, 2019

SCHWARTZ SLADKUS REICH
GREENBERG ATLAS LLP

By: _____
  Lynn E. Judell (LJ 1210)
444 Madison Avenue
New York, New York 10022
(212) 743-7000
*Attorneys for Plaintiff*

Dated: New York, New York
   August ___, 2019

NESSENOFF & MILTENBERG LLP

By: _____
  Nicholas Lewis
363 Seventh Avenue, Fifth Floor
New York, New York 10001-3904
(212) 736-4500
*Attorneys for Defendant Corey Wolff*